STATE of Maine

v.

**Gerard TARDIF.**

Supreme Judicial Court of Maine.

Submitted on Briefs March 7, 1989.
Decided March 10, 1989.

Janet Mills, Dist. Atty. and Craig Turnery, Asst. Dist. Atty., Auburn, for the State.

Edward Cloutier, Cloutier, Joyce, Dumas & David, Livermore Falls, for defendant.

478 ■

Before McKUSICK, C.J., and ROBERTS, WATHEN, GLASSMAN, CLIFFORD, and HORNBY, JJ.

## MEMORANDUM OF DECISION.

Contrary to Gerard Tardif's contention in his appeal from the judgment of the Superior Court (Androscoggin County; *Brodrick, J.*) entered on a jury verdict finding him guilty of violation of 17–A M.R.S.A. § 255(1)(C) (Supp.1988) (unlawful sexual contact), there was no clear error in the finding of the trial court that Tardif was competent to stand trial. *See State v. Hewett,* 538 A.2d 268, 269 (Me.1988); *State v. Perkins,* 518 A.2d 715, 716 (Me.1986); *State v. Knights,* 482 A.2d 436, 439 (Me. 1984).

The entry is: Judgment affirmed.

All concurring.

Glassman, J., filed a concurring opinion in which Roberts, J., joined.